KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-7234
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>LANISSA NELSON,<br>    Defendant. | No.: CR 05-758 JSW<br><br>PARTIES' STIPULATION AND <s>PROPOSED</s> ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties appeared before this Court on April 6, 2006. It was the defendant's initial appearance on the indictment.

   2. The Court continued the matter until May 11, 2006 for change of plea or trial setting.

   3. Counsel for the defendant indicated that he required additional time to receive and review the discovery in the matter. The defendant requested an exclusion of time based upon effective preparation of counsel. The request was granted by the Court.

   4. The parties move that the time period from April 6, 2006 through May 11, 2006, be excluded from the calculation of time under the Speedy Trial Act due to effective preparation of counsel.

STIPULATION AND <s>PROPOSED</s> ORDER
CR 05-758 JSW

1  5. In light of the foregoing facts, the failure to grant the requested exclusion
2  would unreasonably deny counsel for the defense the reasonable time necessary for effective
3  preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
4  (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
5  These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
6  3161(h)(8)(A).
7  6. For the reasons stated, the time period from April 6, 2006 through May 11, 2006, shall be
8  excluded from the calculation of time under the Speedy Trial Act.
9  SO STIPULATED.
10 DATED: 4/10/06                         Respectfully Submitted,

13 /s/
   SUSAN R. JERICH
   Assistant United States Attorney

14 DATED:

16 /s/
   ROGER PATTON
   Counsel for Defendant

18 PURSUANT TO STIPULATION, IT IS SO ORDERED.

19 DATED:  April 12, 2006          _____
20                                  HON. JEFFREY S. WHITE
                                    Judge, United States District Court

STIPULATION AND PROPOSED ORDER
CR 05-758 JSW                                    2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Parties' Stipulation and Proposed Order in the case of <u>United States v. Lanissa Nelson,</u> No. CR 05-758 JSW, was served today as follows:

<u>Via Facsimile</u>
Roger Patton, Esq.
1814 Franklin, Ste. 501 – The Leamington Bldg.
Oakland, CA 94612-3744
Fax: (510) 987-7575

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 4/10/06 at San Francisco, California.

_____/s/_____
Rawaty Yim
United States Attorney's Office

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-758 JSW                                  3