KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SUSAN R. JERICH (CSBN 188462)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7158
   Facsimile: (415) 436-7234
   Email: susan.jerich@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR 05-758 JSW |
| Plaintiff, | PARTIES' STIPULATION & ~~PROPOSED~~ ORDER REQUESTING THAT THE TRIAL & PRE-TRIAL FILING DATES BE VACATED |
| LANISSA NELSON, | |
| Defendant. | |

The parties stipulate and agree, and the Court finds and holds, as follows:

   1. The parties last appeared before this Court on May 11, 2006.  At that time, the Court set a trial date of July 17, 2006 and a pre-trial conference date for June 26, 2006.  The parties pre-trial filings were accordingly due on June 12, 2006.

   2. Subsequently, on June 9, 2006, the parties reached an agreement that the matter will be resolved pursuant to a negotiated plea disposition thus, the parties are respectfully requesting that the Court vacate the trial and pre-trial filings dates in this matter.  A copy of the proposed plea agreement will be forwarded to the Court no later than Friday, June16, 2006.

   3. The parties further request that the Court calendar this matter for June 26, 2006 for a

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-758 JSW

1  change of plea rather than pre-trial conference.  In the alternative, if this date is not available for
2  change of plea, the parties request that the matter be calendared for change of plea at a date
3  convenient for the Court.

4.  Time has previously been excluded pursuant to 18 U.S.C. § 3161, et. seq., through July 17, 2006, due to effective preparation and continuity of counsel.  Forty-eight days remain in which to bring this matter to trial after that time period.

SO STIPULATED.

DATED: 6/12/06                                    Respectfully Submitted,


/s/_____
SUSAN R. JERICH
Assistant United States Attorney

DATED:

/s/_____
ROGER PATTON
Counsel for Defendant


SO ORDERED.                           _____
June 13, 2006                         HONORABLE JEFFREY S. WHITE
                                      United States District Court

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-758 JSW

2