ROGER W. PATTON (SBN 51906)
PATTON • WOLAN • BOXER
80 GRAND AVENUE, SUITE 600
OAKLAND, CA 94612
TEL: (510) 987-7500
FAX: (510) 987-7575

Attorney for Defendant,
~~Samson Lam~~. Lanissa Nelson

RECEIVED
~~FILED~~
06 SEP 18 PM 1: 33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>                      Plaintiff,<br><br>vs.<br><br>LANISSA NELSON,<br><br>                      Defendant. | Case No. CR-05-758 JSW<br><br>STIPULATION TO CONTINUE SENTENCING HEARING; ~~[PROPOSED]~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel that the sentencing hearing will be continued from October 5, 2006 to October 26, 2006, before the Honorable Jeffrey S. White.

Dated: September 12, 2006

PATTON • WOLAN • BOXER

By: _____
ROGER W. PATTON
Attorney for Defendant

Dated: 9/13/06

UNITED STATES ATTORNEY'S OFFICE

By: _____
Susan Jurich
Assistant United States Attorney

- 1 -

STIPULATION TO CONTINUE SENTENCING HEARING                      USA v. Samson Lum, Case No. 01-401-27-03 DLJ

## ORDER

GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that the sentencing hearing be continued to October 26, 2006 at 2:30:00 p.m.

**IT IS SO ORDERED.**

DATED: SEP 1 9 2006

By: _____
Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

- 2 -