```
1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  SUSAN R. JERICH (CSBN 188462)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7158
7      Facsimile: (415) 436-7234
       Email: susan.jerich@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.: CR 05-758 JSW |
|---|---|---|
| Plaintiff, | ) | PARTIES' STIPULATION & ~~PROPOSED~~ ORDER REQUESTING THAT THE DATE FOR SENTENCING BE CONTINUED |
| v. | ) | |
| LANISSA NELSON, | ) | AS MODIFIED DUE TO COURT'S UNAVAILABILITY |
| Defendant. | ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

 1. The sentencing in this matter was originally scheduled for October 5, 2006.

 2. On September 19, 2006, this Court granted the parties' request to continue sentencing until October 26, 2006.

 3. However, the United States respectfully requests that the date for sentencing be rescheduled for November 2, 2006. The basis for this request is that the Assistant United States Attorney will be out of town attending a training session during the relevant time period.

///

///

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-758 JSW

1  The Assistant United States Attorney agreed to the October 26, 2006 sentencing date before
2  realizing that this date was not available to her.
3
4   SO STIPULATED.
5
6  DATED: 9/21/06                              Respectfully Submitted,
7
8
                                               /s/_____
9                                              SUSAN R. JERICH
                                               Assistant United States Attorney
10 DATED: 9/30/06
11
                                               /s/_____
12                                             ROGER PATTON
                                               Counsel for Defendant
13
14                                             _____
       ~~SO ORDERED~~.                         HONORABLE JEFFREY S. WHITE
15                                             United States District Court
16
17     The request to continue is GRANTED.  However, because the Court is unavailable on
       November 2, 2006, this matter is continued to December 14, 2006 at 2:30 p.m.
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND ~~PROPOSED~~ ORDER
CR 05-758 JSW
                                               2