ROGER W. PATTON (SBN 51906)
PATTON ♦ WOLAN ♦ BOXER
1814 FRANKLIN STREET #501
OAKLAND, CA 94612
TEL: (510) 987-7500
FAX: (510) 987-7575

Attorney for Defendant Lanissa Nelson

UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>Lanissa Nelson<br><br>                    Defendant.<br>_____ | Case No. CR 05-00758 JSW<br><br>~~PROPOSED ORDER~~ STIPULATION AND ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS<br><br>DATE:<br>TIME:<br>DEPT: |

      It is hereby stipulated that the defendant Lanissa Nelson's pre-trial release condition is modified as follows:

      1.    The defendant will be allowed to travel by automobile with her mother in law and Ms. Nelson's two children from Oakland, Ca. to her relative Hazel Noble's home at 15603 West 126 Street Olathe, Kansas 66062.  Ms. Nelson will leave Oakland on October 27, 2006 and arrive in Olathe on October 30.  On November 1, 2006 Ms. Nelson will fly to North Charleston, South Carolina with her children and

1 stay at the home of her son's grandmother Shanti Joyner at 120 B Cedar Grove

2 North Charleston SC. 29420, telephone # 843-343-7406. Ms Nelson will provide her

3 pretrial services officer Paul Mamril with all details of her trip , flight numbers and all

4 other information necessary.

    2. The defendant's pre-trial service officer Paul Mamril has been informed of the above request and has no objections.

Dated: //s//

SUSAN R JERICH
Assistant United States Attorney

Dated: October 18, 2006

PATTON ♦ WOLAN ♦ BOXER

By: //s//
ROGER W. PATTON
Attorney for Defendant Lanissa Nelson

IT IS SO ORDERED.

DATED: October 25, 2006

*IT IS SO ORDERED*
*Judge Bernard Zimmerman*
(United States District Court, Northern District of California seal)

- 2 -
PROPOSED ORDER STIPULATION AND ORDER MODIFYING PRE-TRIAL RELEASE CONDITIONS